UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────

**MIRROR WORLD TECHNOLOGIES, LLC.,**

              **Plaintiff,**         17cv3473 (JGK)

      - against -              <u>ORDER</u>

**FACEBOOK, INC.**

              **Defendant.**
────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to file a Rule 26(f) report to the Court by April 30, 2020.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 14, 2020**        <u>/s/ John G. Koeltl</u>
                                       **John G. Koeltl**
                            **United States District Judge**