

12424
WILSHIRE
BOULEVARD

12TH FLOOR

LOS ANGELES
CALIFORNIA
90025

TELEPHONE
310.826.7474

FACSIMILE
310.826.6991

Benjamin T. Wang
bwang@raklaw.com

May 20, 2021

**Via ECF**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 12B
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
5/21/21

        Re:    Mirror Worlds Techs., LLC v. Facebook, Inc.,
               Civil Action No. 1:17-cv-03473 (JGK)

Dear Judge Koeltl:

We write on behalf of Mirror Worlds Technologies, LLC ("MWT") in the above identified civil case. We respectfully request permission to file under seal MWT's Motion to Strike Portions of the Expert Report of Christopher J. Bokhart, the supporting declaration of Jacob R. Buczko, and the supporting exhibits for these materials. These documents contain information that Facebook has designated as "CONFIDENTIAL," "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY," "HIGHLY CONFIDENTIAL – PATENT PROSECUTION BAR," or "HIGHLY CONFIDENTIAL – SOURCE CODE" pursuant to the protective order (Dkt. 98). MWT's brief is due today, May 20, 2021.

The parties met and conferred on May 20, 2021 to discuss the sealing and redactions of the motions and supporting materials. Facebook agreed to file a letter within three days explaining the need to seal or redact these materials.

MWT therefore respectfully requests permission to file these materials under seal. We appreciate your time and consideration on this matter.

Respectfully submitted,

/s/ Benjamin T. Wang

Benjamin T. Wang