UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIRROR WORLDS TECHNOLOGIES, LLC,

           Plaintiff,

- against -

FACEBOOK INC.,

           Defendant.

17-cv-3473 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed at today's conference, oral argument regarding the parties' outstanding motions will be held in person on January 28, 2022, at 2:00 p.m. at 500 Pearl St, New York, NY 10007, Courtroom 14A.

SO ORDERED.

Dated:    New York, New York
            December 20, 2021

                                              John G. Koeltl
                                      United States District Judge