UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIRROR WORLDS TECHNOLOGIES, LLC,

           Plaintiff,

- against -

FACEBOOK INC.,

           Defendant.

17-cv-3473 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

Counsel for both parties are requested to submit a joint letter containing a list of all the expert reports that have been submitted to the Court in this case, along with the docket entry associated with each expert report. Counsel is also requested to email a courtesy copy of each expert report to: koeltlnysdchambers@nysd.uscourts.gov.

No further paper courtesy copies are required at this time.

SO ORDERED.

Dated:    New York, New York
           January 20, 2022

                                            John G. Koeltl
                                  United States District Judge