**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MIRROR WORLDS TECHNOLOGIES, LLC,

                Plaintiff,

  -against-                                 17 **CIVIL** 3473 (JGK)

**JUDGMENT**

FACEBOOK, INC.,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 8, 2022, the Court has considered all of the arguments raised by the parties. To the extent not specifically addressed, the arguments are either moot or without merit. Facebook's motion for summary judgment is granted in part and denied in part. The Court has concluded that the asserted claims are patent-eligible under § 101, and that there was no infringement in this case as a matter of law. The evidence establishes that no reasonable juror could find that Facebook infringed the patents at issue. Judgment is entered dismissing this case; accordingly, the case is closed.

**Dated:**  New York, New York

       March 8, 2022

                                                        **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                      **BY:**     K. Mango
                                                          **Deputy Clerk**