# Cooley

Heidi L. Keefe
+1 650 843 5001
hkeefe@cooley.com

March 17, 2022

APPLICATION GRANTED
SO ORDERED

*[signature]*
John G. Koeltl, U.S.D.J.
3/17/22

VIA ECF

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 12B
New York, NY 10007

Re: *Mirror Worlds Technologies, LLC v. Facebook, Inc.* No. 1:17-cv-03473 (JGK)

Dear Judge Koeltl:

In view of the Court's Order granting Facebook's Motion for Summary Judgment (Doc. No. 312) and the Clerk's Judgment (Doc. No. 313), the parties jointly request that the Court toll the deadline for filing any request for costs and/or fees under Fed. R. Civ. P. 54(d) until after the conclusion of Mirror Worlds' anticipated appeal to the Federal Circuit. The extension is requested to conserve judicial and party resources while Mirror Worlds' appeal is pending and to allow any briefing on costs and/or fees to take Mirror Worlds' appeal into account.

Currently, any petition, bill or motion to recover costs and/or fees under Fed. R. Civ. P. 54(d) is due on Tuesday, March 22, 2022 and any notice for taxation of costs pursuant to Local Civil Rule 54.1 is due on Thursday, April 7, 2022. This is the parties' first request for an extension of this deadline.

Therefore, the parties respectfully request that the Court Order that the deadline for filing any petition, bill and/or motion to recover costs and/or fees under Fed. R. Civ. P. 54(d) or Local Civil Rule 54.1 shall be tolled until thirty (30) days after the Court's receipt of the mandate from the United States Court of Appeals for the Federal Circuit from any appeal of the Court's Order granting Facebook's Motion for Summary Judgment and the Clerk's Judgment.

Respectfully submitted,

# Cooley

March 17, 2022
Page Two

*/s/ Heidi L. Keefe*

Heidi L. Keefe
Counsel for Facebook, Inc.

*/s/ Benjamin T. Wang*

Benjamin T. Wang
Counsel for Mirror Worlds Technologies, LLC

cc: All counsel of record via ECF

266104735 v2

Cooley LLP   3175 Hanover Street   Palo Alto, CA   94304-1130
t: (650) 843-5000  f: (650) 849-7400  cooley.com